## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HELEN HOWARD, CYRIL EMIKO, and FELICIA BELL, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>NORDIC CONSULTING, INC.<br><br>      Defendant. | Civil Action No. 5:20-CV-05392<br><br>Hon. John M. Gallagher |

### PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF FAIR LABOR STANDARDS ACT SETTLEMENT

Plaintiffs Helen Howard, Cyril Emiko, and Felicia Bell respectfully request the Court's approval of the Parties' Settlement Agreement ("Settlement," "Settlement Agreement" or "Agreement"), which is attached as Exhibit 1 to Plaintiffs' Motion. After a thorough investigation of the facts and detailed analyses of payroll and timekeeping data produced by Nordic, Plaintiffs' Counsel believes that the Settlement represents an excellent result for Plaintiffs and the Settlement Collective Members, as there is a strong possibility that the Litigation, if not settled now, might not result in any recovery or a recovery far less favorable. The Settlement is a fair and reasonable resolution of a *bona fide* dispute and furthers the purposes of the FLSA by facilitating payment of unpaid overtime compensation to Consultants whose claims might otherwise be too small to be pursued individually.

Accordingly, Plaintiffs respectfully request that the Court issue the proposed Approval Order: (1) granting approval of the Settlement Agreement pursuant to the Fair Labor Standards Act; (2) finding that the Settlement Collective Members may proceed as a collective pursuant to 29 U.S.C. § 216(b) for settlement purposes only; (3) appointing Plaintiffs Helen Howard, Cyril

1

Emiko, and Felicia Bell as the representatives of the Settlement Collective and approving the proposed service awards in the amount of $2,500 each for the Plaintiffs; (4) appointing Sarah R. Schalman-Bergen and Olena Savytska of Lichten & Liss-Riordan, P.C. and Alexandra K. Piazza of Berger Montague, P.C. as Plaintiffs' Counsel for the Settlement Collective and approving Plaintiffs' Counsel's fees and costs in the amount of $88,333,33; (5) appointing CPT Group Class Action Administrators as the Settlement Administrator and approving costs of settlement administration up to $1,000.00 to be paid out of the Maximum Settlement Amount; (6) approving and authorizing the proposed Notice and Opt-in Consent Form to be sent to all Settlement Collective Members as set forth in the Settlement Agreement; (7) dismissing the Litigation on the merits and with prejudice pursuant to the terms of the Settlement Agreement and granting final judgment; and (8) retaining jurisdiction to oversee and enforce the Settlement Agreement.

Nordic does not oppose this Motion.

Date: July 15, 2021                                                         Respectfully submitted,

                                                                                 _/s/Olena Savytska_____
Olena Savytska (*pro hac vice*)
Sarah R. Schalman-Bergen
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
(617) 994-5800
ssb@llrlaw.com
osavytska@llrlaw.com

Alexandra K. Piazza
BERGER MONTAGUE PC
1818 Market Street
Suite 3600
Philadelphia, PA 19103
(215) 875.3063
apiazza@bm.net

*Attorneys for Plaintiffs and the Settlement Collective*